**Order entered March 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01435-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK
CONDOMINIUM ASSOCIATION, INC. ET AL., Appellees**

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-10227

## ORDER

The Court has before it appellant's March 14, 2013 unopposed motion for leave to file amended brief. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on March 14, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE